JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
DAVID C. KIEBLER
Nevada Bar No. 16724
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*DKiebler@GGTrialLaw.com*

Attorneys for Plaintiff
Breanna Baldridge

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BREANNA BALDRIDGE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AXIOS BANK,<br><br>Defendant. | Case No.: 2:26-cv-00898-APG-DJA<br><br>**STIPULATION AND ORDER TO VACATE EARLY NEUTRAL EVALUATION** |

Plaintiff Breanna Baldridge ("Plaintiff"), by and through her counsel of record, Greenberg Gross LLP, and Defendant Axos Bank ("Defendant"), by and through its counsel of record, Littler Mendelson, P.C., hereby stipulate and respectfully request that the Court vacate the Early Neutral Evaluation currently set for September 21, 2026, at 9:00 a.m.

Good cause exists to vacate the Early Neutral Evaluation. Last Friday, Plaintiff suffered the sudden and unexpected death of a close family member, and she is grieving this profound loss. As a result, Plaintiff is not presently in an emotional or mental condition to meaningfully prepare for or participate in the evaluation, and such participation is essential to a productive ENE session. Under

these circumstances, Plaintiff believes that proceeding with the Early Neutral Evaluation would not serve its intended purpose. Defendant agrees with Plaintiff's request to cancel the ENE under the circumstances Plaintiff has relayed to Defendant.

This stipulation is made in good faith and not for purposes of delay. The parties respectfully request that the Court vacate the Early Neutral Evaluation and any related deadlines, including the deadline to submit confidential mediation statements.

DATED: September 16, 2026.

*/s/ David Kiebler*

David C. Kiebler
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
DKiebler@GGTrialLaw.com

*Attorneys for Plaintiff*

DATED: September 16, 2026.

*/s/ McCade Wing*

Patrick H. Hicks, Esq.
McCade Wing, Esq.
LITTLER MENDELSON, P.C.
MWing@littler.com

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

______________________________
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

My condolences to plaintiff.

DATED: September 17, 2026